United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL A. DEL VALLE,

      Petitioner,

    v.

NEWSOME, et al.,

      Respondents.

Case No.  25-cv-10990-JD

**ORDER RE DISMISSAL**

Re: Dkt. No. 3

Petitioner, a state prisoner acting pro se, filed a habeas petition.  Petitioner was convicted in the Southern District of California and is incarcerated in the Eastern District of California.  In this filing he challenges his underlying conviction from the Southern District, the conditions of confinement at his prison in the Eastern District, and the general denial of parole, though he does not specify a specific parole denial or where it occurred.

The case is dismissed without prejudice for petitioner to file a new case in the appropriate district.  The motion to proceed in forma pauperis (Dkt. No. 3) is vacated and no fee is due.  A certificate of appealability is denied.  To challenge his conviction, petitioner must file a habeas petition in the Southern District.  To challenge the conditions of his confinement, he must file a civil rights action in the Eastern District.  If he seeks to challenge the denial of parole, he must file a habeas petition in the district where he was incarcerated when parole was denied, and he must specify the year of the denial.

    **IT IS SO ORDERED.**

Dated: March 31, 2026

_____
JAMES DONATO
United States District Judge